# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROOSEVELT MONDESIR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2219

[November 9, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura S. Johnson, Judge; L.T. Case No. 2012CF006456A.

Roosevelt Mondesir, Blountstown, pro se.

No appearance required by appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***